NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000183
17-JAN-2012
09:52 AM

NO. CAAP-10-0000183

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WOLFGANG EISERMANN, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(SPECIAL PROCEEDINGS PRISONER NO. 10-1-0045; CR. NO. 91-2964)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of the January 6, 2012 Motion for Reconsideration ("Motion") filed by Petitioner-Appellant, and the record and file, it appears that the Motion fails to state any point of law or fact that the court has overlooked or misapprehended, nor does the Motion state any argument.

Therefore, IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, January 17, 2012.

On the motion:

Wolfgang Eisermann,
Pro Se Petitioner-Appellant

Chief Judge

Associate Judge

Associate Judge